UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENDRA CORBIN,

                Plaintiff,

    -v-

TRIBOROUGH BRIDGE & TUNNEL AUTHORITY, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 1613 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This matter has been referred to the undersigned for settlement. (ECF No. 57). Accordingly, a telephone conference is scheduled for **Monday, February 24, 2025 at 12:00 p.m. EST** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 301-519-568#, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:    New York, New York
            February 14, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge