UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENDRA CORBIN,<br><br>                    Plaintiff,<br><br>    -v-<br><br>TRIBOROUGH BRIDGE & TUNNEL AUTHORITY, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 24 Civ. 1613 (CM) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On April 24, 2025, the Court held a settlement conference with the parties. (See ECF min. entry Apr. 25, 2025). The Court will hold a telephonic conference to further discuss the parties' settlement positions on **Thursday, May 22, 2025 at 3:00 p.m. EST** on the Court's Webex platform. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

Dated:     New York, New York
           April 25, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**