UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENDRA CORBIN,<br><br>                      Plaintiff,<br><br>-v-<br><br>TRIBOROUGH BRIDGE & TUNNEL AUTHORITY, et al.,<br><br>                      Defendants. | CIVIL ACTION NO. 24 Civ. 1613 (CM) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference with the parties' counsel today, May 22, 2025, the Court will hold a further settlement conference hosted on the Court's Webex platform on **Tuesday, June 24, 2025 at 2:00 p.m. EST**. The parties are directed to email chambers with updated attendance acknowledgement forms, which are attached to this order, by **Friday June 20, 2025**, following which the Court will provide the attendees with the Webex link for the conference.

Dated:     New York, New York
           May 22, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the ☐ Plaintiff ☐ Defendant

☐ I acknowledge that I am attending a virtual settlement conference in **on Judge Cave's Webex Video Platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐ I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

Next to the name of each conference participant, please indicate the email address to which the Webex invitation should be sent.

_____          _____
Signature                                                                         Date

_____
Name (print)