UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENDRA CORBIN,

                Plaintiff,

  -v-

TRIBOROUGH BRIDGE & TUNNEL AUTHORITY, et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 1613 (CM) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to today's settlement conference on June 24, 2025, a follow-up telephone conference is scheduled for **Friday, July 18, 2025 at 4:00 p.m. EST** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654#, at the scheduled time.

Dated:     New York, New York
             June 24, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**